UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
KOHN, WILLIAM BERRY § Case No. 05-39707
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          Kenneth Gardner
          U.S. Bankruptcy Court Clerk
          219 South Dearborn Street- 7th Floor
          Chicago, IL 60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/07/2011 in Courtroom 744,

          United States Courthouse
          219 South Dearborn Street
          Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: <u>Kenneth S. Gardner</u>
                                                                    Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
KOHN, WILLIAM BERRY § Case No. 05-39707
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 108,189.29 |
| and approved disbursements of | $ | 7,932.48 |
| leaving a balance on hand of[1] | $ | 100,256.81 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 8,284.46 | $ 0.00 | $ 8,284.46 |
| Trustee Expenses: Phillip D. Levey | $ 473.92 | $ 0.00 | $ 473.92 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 24,664.50 | $ 0.00 | $ 24,664.50 |
| Other: International Sureties, Ltd. | $ 61.24 | $ 61.24 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $   33,422.88
Remaining Balance    $   66,833.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 28,150.34 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | Illinois Department of Revenue<br>Bankruptcy Section<br>100 W. Randolph St., Suite 7-400<br>Chicago, IL 60601 | $ 27,287.62 | $ 0.00 | $ 27,287.62 |
| 000005B | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006B | Illinois Department of Employment Security<br>Bankruptcy Unit 4th Floor<br>33 S State St<br>Chicago, IL 60603 | $ 862.72 | $ 0.00 | $ 862.72 |
| 000006C | Illinois Department of Employment Security<br>Bankruptcy Unit 4th Floor<br>33 S State St<br>Chicago, IL 60603 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors                $     28,150.34

Remaining Balance                                     $     38,683.59

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 616,465.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Wachovia SBC Lending, Inc.<br>P.O. Box 13339<br>Sacramento, CA 95816 | $ 386,953.33 | $ 0.00 | $ 24,281.55 |
| 000002 | Leo K Deeks Family Trust U/A<br>c/o William B Kohn, Trustee<br>1417 South Indiana Avenue<br>Chicago, IL 60605 | $ 220,720.90 | $ 0.00 | $ 13,850.37 |
| 000003A | Illinois Department of Revenue<br>Bankruptcy Section<br>100 W. Randolph St., Suite 7-400<br>Chicago, IL 60601 | $ 7,416.24 | $ 0.00 | $ 465.37 |
| 000004 | Cosmopolitan Service Corporation<br>66/246-1378-01-83276<br>205 S Northwest Highway<br>Park Ridge, IL 60068-5873 | $ 1,375.35 | $ 0.00 | $ 86.30 |
| 000005A | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006A | Illinois Department of Employment Security<br>Bankruptcy Unit 4th Floor<br>33 S State St<br>Chicago, IL 60603 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 38,683.59

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                       Case No. 05-39707-ERW
William Berry Kohn                                           Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1         User: dross                 Page 1 of 2                  Date Rcvd: Aug 16, 2011
                             Form ID: pdf006             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2011.
db           +William Berry Kohn,    1417 S Indiana Ave,    Chicago, IL 60605-2834
tr           +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
9879811       CitiAdvantage AA MC,    Acct 5466160196336620,    Box 6000,    The Lakes, NV 89163-6000
9879808       City of Chicago,    Account 249750,    Dept of Revenue,    22149 Network Place,
               Chicago, IL 60673-1221
9879812      +Cosmopolitan Service Corporation,    66/246-1378-01-83276,    205 S Northwest Highway,
               Park Ridge, IL 60068-5802
9879813      +Dr. D. Zocar,    333 E Ontario,    Chicago, IL 60611-4804
9879814      +Genia Kohn Deeks,    2006 Granada Drive,    Coconut Creek, FL 33066-1123
9879810     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Best Buy,    Account 700119112121,    PO Box 15519,
               Wilmington, DE 19850)
10607808    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
               100 W. Randolph St., Suite 7-400,    Chicago, IL 60601)
9879806     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9879809      +Illinois Department of Employment Security,    Bankruptcy Unit 4th Floor,    33 S State St,
               Chicago, IL 60603-2808
9879807       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
9879815      +Kaplan Education,    Account 2879048,    PO BOX 810395,    Boca Raton, FL 33481-0395
10479589     +Leo K Deeks Family Trust U/A,    c/o William B Kohn, Trustee,    1417 South Indiana Avenue,
               Chicago, IL 60605-2834
9879816      +Leo Kohn Deeks Trust,    2006 Granada Drive,    Coconut creek, FL 33066-1123
9879817      +Metroplitan Realty,    1839 N Lincoln Avenue,    Chicago, IL 60614-6046
9879818      +MostChoice.Com Inc,    Account 10010,    5600 Roswell Road,    Suite N-275,    Atlanta, GA 30342-1120
9879819      +Northwestern Nasal & Sinus Accoc,    Account 013006,    676 St Clair,    Suite 1575,
               Chicago, IL 60611-2889
9879820      +Reinhart Foods,    Account 38265,    9950 S Reinhart Drive,    Oak Creek, WI 53154-4949
9879821      +Wachovia SBC,    1620 E Roseville Parkway,    Suite 100,    Roseville, CA 95661-3303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10441295      Wachovia SBC Lending, Inc.
aty*         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
10618591*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10441297    ##+Wachovia SBC Lending, Inc.,    P.O. Box 13339,    Sacramento, CA 95813-3339
                                                                                        TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: dross              Page 2 of 2            Date Rcvd: Aug 16, 2011
                              Form ID: pdf006          Total Noticed: 20

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2011**                    **Signature:**     *Joseph Speetjens*