UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
KOHN, WILLIAM BERRY                 §       Case No. 05-39707
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| William B. Kohn |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005B | DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| 000006B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000006C | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000003B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | COSMOPOLITAN SERVICE CORPORATION | | | | | |
| 000005A | DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| 000006A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000003A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | LEO K DEEKS FAMILY TRUST U/A | | | | | |
| 000001 | WACHOVIA SBC LENDING, INC. | | | | | |
| 000007 | WACHOVIA SBC LENDING, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 05-39707 | EW | Judge: EUGENE R. WEDOFF | Trustee Name: | Phillip D. Levey |
| Case Name: | KOHN, WILLIAM BERRY | | | Date Filed (f) or Converted (c): | 09/23/05 (f) |
| | | | | 341(a) Meeting Date: | 11/01/05 |
| For Period Ending: | 01/22/12 | | | Claims Bar Date: | 04/27/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 18.00 | 18.00 | DA | 0.00 | FA |
| 2. BANK ACCOUNT | 1,105.00 | 1,105.00 | DA | 0.00 | FA |
| 3. HOUSEHOLD FURNISHINGS | 900.00 | 0.00 | DA | 0.00 | FA |
| 4. Books | 300.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. WEARING APPAREL | 750.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. RETIREMENT ACCOUNTS | 4,400.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. ACCOUNTS RECEIVABLE | 100.00 | 0.00 | DA | 0.00 | FA |
| 8. Claim Against Metropolitan Realty | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 9. 2000 Hyundai Sonata GLS | 2,992.00 | 2,300.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. Office Equipment | 25.00 | 0.00 | DA | 0.00 | FA |
| 11. Computer Equipment | 750.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. Proceeds of Sale 1417 S. Indiana, Chicago, IL | 86,899.00 | 77,399.00 | | 108,000.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 190.64 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $198,239.00   $80,822.00   $108,190.64   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 16.04e

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 05-39707   EW   Judge: EUGENE R. WEDOFF | Trustee Name:   Phillip D. Levey |
| Case Name: | KOHN, WILLIAM BERRY | Date Filed (f) or Converted (c):   09/23/05 (f) |
| | | 341(a) Meeting Date:   11/01/05 |
| | | Claims Bar Date:   04/27/06 |

Initial Projected Date of Final Report (TFR): 06/30/07        Current Projected Date of Final Report (TFR): 06/30/11

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 16.04e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-39707 -EW | | Trustee Name: | Phillip D. Levey |
| Case Name: | KOHN, WILLIAM BERRY | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3137 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9214 | | | |
| For Period Ending: | 01/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/14/08 | 12 | Orly F. Kohn | SETTLEMENT | 1149-000 | 108,000.00 | | 108,000.00 |
| 05/30/08 | 13 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 5.28 | | 108,005.28 |
| 06/30/08 | 13 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 13.28 | | 108,018.56 |
| 07/31/08 | 13 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 13.72 | | 108,032.28 |
| 08/29/08 | 13 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 13.72 | | 108,046.00 |
| 09/30/08 | 13 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 13.29 | | 108,059.29 |
| 10/31/08 | 13 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 10.48 | | 108,069.77 |
| 11/28/08 | 13 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 8.86 | | 108,078.63 |
| 12/31/08 | 13 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 5.85 | | 108,084.48 |
| 01/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 1.83 | | 108,086.31 |
| 02/27/09 | 13 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 1.66 | | 108,087.97 |
| 03/31/09 | 13 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 1.85 | | 108,089.82 |
| 04/19/09 | 000101 | INTERNATIONAL SURETIES, LTD. | TRUSTEE'S BOND | 2300-000 | | 170.46 | 107,919.36 |
| | | 701 POYDRAS STREET | BOND NUMBER 016026455 | | | | |
| | | SUITE 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.44 | | 107,923.80 |
| 05/29/09 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.58 | | 107,928.38 |
| 06/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.44 | | 107,932.82 |
| 07/31/09 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.58 | | 107,937.40 |
| 08/31/09 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.58 | | 107,941.98 |
| 09/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.44 | | 107,946.42 |
| 10/27/09 | 000102 | William B. Kohn | Homestead Exemption | 8100-002 | | 7,500.00 | 100,446.42 |
| | | 2516 NE 34th Court | | | | | |
| | | Lighthouse Point, FL 33064 | | | | | |
| 10/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.58 | | 100,451.00 |
| 11/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.16 | | 100,455.16 |
| 12/31/09 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.27 | | 100,459.43 |

Page Subtotals 108,129.89 7,670.46

Ver: 16.04e

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-39707 -EW | | Trustee Name: | Phillip D. Levey |
| Case Name: | KOHN, WILLIAM BERRY | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3137 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9214 | | | |
| For Period Ending: | 01/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/29/10 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.26 | | 100,463.69 |
| 02/26/10 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.85 | | 100,467.54 |
| 03/31/10 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.27 | | 100,471.81 |
| 04/30/10 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.13 | | 100,475.94 |
| 05/28/10 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.26 | | 100,480.20 |
| 05/31/10 | 000103 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 120 NEW ORLEANS, LA 70139 | BLANKET BOND 2/1/10 - 2/1/11 | 2300-000 | | 200.78 | 100,279.42 |
| 06/30/10 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.12 | | 100,283.54 |
| 07/30/10 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.25 | | 100,287.79 |
| 08/31/10 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.27 | | 100,292.06 |
| 09/30/10 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.12 | | 100,296.18 |
| 10/29/10 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.25 | | 100,300.43 |
| 11/30/10 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.13 | | 100,304.56 |
| 12/31/10 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.26 | | 100,308.82 |
| 01/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.26 | | 100,313.08 |
| 02/28/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.77 | | 100,313.85 |
| 03/08/11 | 000104 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | Blanket Bond Premium | 2300-000 | | 61.24 | 100,252.61 |
| 03/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.85 | | 100,253.46 |
| 04/29/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.82 | | 100,254.28 |
| 05/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.86 | | 100,255.14 |
| 06/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.82 | | 100,255.96 |
| 07/29/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.85 | | 100,256.81 |
| 08/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.86 | | 100,257.67 |
| 09/19/11 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.49 | | 100,258.16 |
| 09/19/11 | | Transfer to Acct #*******5973 | Final Posting Transfer | 9999-000 | | 100,258.16 | 0.00 |

Page Subtotals        60.75     100,520.18

Ver: 16.04e

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-39707 -EW | Trustee Name: | Phillip D. Levey |
| Case Name: | KOHN, WILLIAM BERRY | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3137  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9214 | | |
| For Period Ending: | 01/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 108,190.64 | 108,190.64 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 100,258.16 | |
| | | | Subtotal | | 108,190.64 | 7,932.48 | |
| | | | Less:  Payments to Debtors | | | 7,500.00 | |
| | | | Net | | 108,190.64 | 432.48 | |

Page Subtotals    0.00    0.00

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-39707 -EW | | Trustee Name: | Phillip D. Levey |
| Case Name: | KOHN, WILLIAM BERRY | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5973 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9214 | | | |
| For Period Ending: | 01/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/19/11 | | Transfer from Acct #*******3137 | Transfer In From MMA Account | 9999-000 | 100,258.16 | | 100,258.16 |
| 09/20/11 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 8,284.53 | 91,973.63 |
| 09/20/11 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 723.92 | 91,249.71 |
| 09/20/11 | 000103 | Phillip D. Levey | ATTORNEY FEES | 3110-000 | | 24,664.50 | 66,585.21 |
| 09/20/11 | 000104 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 W. Randolph St., Suite 7-400<br>Chicago, IL 60601 | Claim 000003B, Payment 100.00000%<br>(3-1) Retailers Occupation/Use &<br>Withholding Income Taxes | 5800-000 | | 27,287.62 | 39,297.59 |
| 09/20/11 | 000105 | Illinois Department of Employment Security<br>Bankruptcy Unit 4th Floor<br>33 S State St<br>Chicago, IL 60603 | Claim 000006B, Payment 100.00000% | 5800-000 | | 862.72 | 38,434.87 |
| 09/20/11 | 000106 | Wachovia SBC Lending, Inc.<br>P.O. Box 13339<br>Sacramento, CA 95816 | Claim 000001, Payment 6.23471% | 7100-000 | | 24,125.43 | 14,309.44 |
| 09/20/11 | 000107 | Leo K Deeks Family Trust U/A<br>c/o William B Kohn, Trustee<br>1417 South Indiana Avenue<br>Chicago, IL 60605 | Claim 000002, Payment 6.23471%<br>(2-1) No claim on docket filed<br>9/23/05 to replace. | 7100-000 | | 13,761.31 | 548.13 |
| 09/20/11 | 000108 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 W. Randolph St., Suite 7-400<br>Chicago, IL 60601 | Claim 000003A, Payment 6.23470%<br>(3-1) Retailers Occupation/Use &<br>Withholding Income Taxes | 7100-000 | | 462.38 | 85.75 |
| 09/20/11 | 000109 | Cosmopolitan Service Corporation<br>66/246-1378-01-83276 | Claim 000004, Payment 6.23478% | 7100-000 | | 85.75 | 0.00 |

Page Subtotals 100,258.16 100,258.16

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-39707 -EW | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | KOHN, WILLIAM BERRY | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5973 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9214 | | |
| For Period Ending: | 01/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 205 S Northwest Highway<br>Park Ridge, IL 60068-5873 | | | | | |

|  |  | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 100,258.16 | 100,258.16 | 0.00 |
| | Less: Bank Transfers/CD's | 100,258.16 | 0.00 | |
| | Subtotal | 0.00 | 100,258.16 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 100,258.16 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | TOTAL - ALL ACCOUNTS | | | |
| | Money Market Account (Interest Earn - ********3137 | 108,190.64 | 432.48 | 0.00 |
| | Checking Account (Non-Interest Earn - ********5973 | 0.00 | 100,258.16 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 108,190.64 | 100,690.64 | 0.00 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*